HOLLIS *vs.* STATE.

FORNICATION AND ADULTERY, FROM CHATTAHOOCHEE. Witness. Evidence. (Before Judge Willis.)

Blandford, J.—Where, on the trial of an indictment for fornication, the defendant proposed to prove what the prosecutrix had sworn before a justice of the peace in a trial for bastardy, such testimony could only be admissible for the purpose of impeaching the prosecutrix as a witness, and no foundation therefor having been laid by asking if she had so testified, it was properly rejected.

Judgment affirmed.

Leonidas McLester; Hatcher & Peabody, for plaintiff in error.

Thos. W. Grimes, solicitor general, by J. M. McNeill, for the State.

---

ALABAMA GREAT SOUTHERN RAILROAD *vs.* WILKINSON *et ux.*

CASE, FROM DADE. Railroads. Damages. Negligence. (Before Judge Fain.)

Blandford, J.—In a suit for damages resulting from the negligent conduct of the agents of a railroad in failing to stop its cars at the depot of a place where, by a passenger's ticket, she had a right to depart from the train, but stopping at another point and causing the passenger to alight in the rain, whereby she was injured, a verdict for $100 being reasonable, and the court below having refused a new trial, this court will not interfere.

Judgment affirmed.

W. U. & J. P. Jacoway; R. J. McCamy, for plaintiff in error.

McCutchen & Shumate, for defendants.